

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                        Case No.: 08-80227 MISC VRW

Jay William Jacobus - #55757

_____/

### ORDER TO SHOW CAUSE

It appearing that Jay William Jacobus has been suspended for 10 months by the Supreme Court of California effective September 26, 2008. He has been placed on probation with conditions for two years and must make restitution .

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

NOV 2 4 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jay William Jacobus
Attorney At Law
1225 Alpine Road, #203
Walnut Creek, CA 94596