**FILED**

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-08-80227 MISC VRW

Jay William Jacobus,
                                     ORDER
    State Bar No 55757

_____/

    On November 24, 20008, the court issued an order to show cause (OSC) why Jay William Jacobus should not be removed from the roll of attorneys authorized to practice law before this court, based on his suspension by the Supreme Court of California, effective September 26, 2008.  The OSC was mailed to Mr Jacobus' address of record with the State Bar.  No response to the OSC has been filed.

    The court now orders Jay William Jacobus removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

    IT IS SO ORDERED.

                                                  VAUGHN R WALKER
                                                  United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Jay William Jacobus ,

_____/

Case Number: C 08-80227  MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jay William Jacobus
1225 Alpine Rd #203
Walnut Creek, CA 94596


Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*